USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 16, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHATEEK AMIN BILAL,

        Plaintiff,

        v.

DEPARTMENT OF CORR., ET AL.,

        Defendants.

12 Civ. 01922 (PAC) (GWG)

ORDER ADOPTING R&R

HONORABLE PAUL A. CROTTY, United States District Judge:

    No objections having been filed, and the Court having determined there is no clear error in the Report and Recommendation, the Court adopts Magistrate Judge Gorenstein's recommendation. The partial motion to dismiss is granted, and the following defendants are terminated: Albert Acrish, Robert Bentivegna, Frederick Bernstein, Vishwas Bhupale, George Bourgeois, Department of Corrections and Community Services, Brian Fischer, Betsy Kelly, Solomy Ntambi, Tung Nyugen, Kathy Panuto, Carrie Soltish, Nurse Vonaras. The Clerk of Court is directed to close the motion at doc # 44. The reference to Magistrate Judge Gorenstein remains in place.

Dated: New York, New York
       July 16, 2013

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed By Chambers To:

Shateek Amin Bilal
Rockland Psychiatric Center
Main Campus
140 Old Orangeburg Rd.
Bldg 58/Unit 204
Orangeburg, NY 10962